UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELLE BELL,

    Plaintiff,

v.                                                                                 4:12cv461-WS

HOAGIES & HEROS
EATERY & PUB, INC.,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 39) docketed June 25, 2013. The magistrate judge recommends that the defendant's motion to dismiss be granted. The plaintiff has filed no objections to the report and recommendation.

    The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 39) is hereby ADOPTED and incorporated by reference in this order.

    2. The defendant's motion to dismiss (doc. 34) is GRANTED.

    3. The plaintiff's complaint, and this action, are hereby DISMISSED with prejudice.

3. The clerk shall enter judgment stating: "All claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)."

4. Costs in the amount of $440.00 shall be taxed against the plaintiff pursuant to Fed. R. Civ. P. 37(d)(3).

DONE AND ORDERED this   26th   day of   July  , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE